The Law Offices of Matthew E. Rose
209 Main Street 2nd Floor
Fort Lee, NJ, 07024
(201 482-8111 – Telephone
(201) 482-8190 – Facsimile
Attorneys for Plaintiff
    Moran

February 15, 2012

United States District Court of New Jersey: Newark

    RE: MORAN v. PENNCRO ASSOCIATES, INC.

    2:11-cv-06736-CCC-JAD

You honor:

This firm represents the plaintiff in the above matter. Please mark this matter as settled and cancel the conference scheduled for 2/16.


Very truly yours,

Yaakov Saks